In the ESTATE OF Laura DOWNS, Inc. Dis., James Rutter, Conservator, Respondent,

v.

**Eldon BUGG, Appellant.**

No. WD 60222.

Missouri Court of Appeals, Western District.

May 28, 2002.

Eldon Bugg, Columbia, pro se.

Jean S. Goldstein, Columbia, MO, for respondent.

Before LOWENSTEIN, P.J.,
NEWTON and HOLLIGER, JJ.

### ORDER

PER CURIAM.

Appellant Eldon Bugg, is the defendant in the underlying discovery of assets claim brought by the Boone County Public Administrator, as conservator and guardian for a woman who had created a revocable living trust in her name. The woman and the appellant were co-trustees of the trust. The subject of the appeal is whether the probate court erred in granting summary judgment to the conservator on the basis that a $42,000 obligation, which was purportedly an asset in the trust, was improperly transferred into a trust in which the appellant is a co-trustee and beneficiary.

Affirmed. Rule 84.16(b).